UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DOROTHY BARRON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | )   **No. 3:05-1072** |
| | )   **JUDGE ECHOLS** |
| **STATE OF TENNESSEE, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### ORDER

Pending before the Court are the Report and Recommendation entered by the United States Magistrate Judge on May 10, 2006 (Docket Entry No. 3) and Plaintiff's "Second Notice To The United States District Court - Middle District of Tennessee" (Docket Entry No. 4).

This is a *pro se* disability discrimination case arising under various provisions of federal law. Plaintiff resides in Paris, Henry County, Tennessee, which is located in the Western District of Tennessee, Eastern Division. From the allegations of the Complaint, it appears that the matters about which Plaintiff complains occurred in the Western District.

The Magistrate Judge recommends transfer of this case to the Western District for the convenience of the parties and witnesses pursuant to 28 U.S.C. § 1404(a), since under 28 U.S.C. § 1391(b), venue is proper either in the Western or Middle Districts of Tennessee because the State Defendants could be sued in either

1

District. Plaintiff does not object to the Report and Recommendation. She states only that she is unable to continue with legal proceedings at this time due to extraordinary circumstances set forth in a pleading filed in a separate case, Barron v. HCA, Inc., No. 3:05-1071.

The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72. The Court accepts the Report and Recommendation.

Accordingly, the Court hereby directs the Clerk to TRANSFER this case to the Western District of Tennessee, Eastern Division, for all further proceedings.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE